IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

CV 09 80 205 MISC

Garrett Adam Lynch - #214469
_____/

## ORDER TO SHOW CAUSE

It appearing that Garrett Adam Lynch has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:



VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Garrett Adam Lynch
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111